UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENYATTA WALLACE,

                    Plaintiff,

         -against-

SECURITY EXCHANGE ACT OF 1934;
SECURITY EXCHANGE; D.H.S.,

                    Defendants.

24-CV-4990 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se*, filed this action requesting leave to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. On July 2, 2024, the Court granted Plaintiff's request to proceed IFP. (ECF 4.) Upon further review, the Court learned that Plaintiff, under the names "Heiress Kenyatta T. Zepporah Reign" and "Heiress Kenyatta T. Zepporak Reign," has previously filed multiple frivolous actions in this court. On April 2, 2018, then-Chief Judge Colleen McMahon barred Plaintiff from filing any new civil action in this court IFP without first obtaining from the court leave to file. *See Zepporah Reign v. The Crown Office*, ECF 1:17-CV-9985, 7 (S.D.N.Y. Apr. 2, 2018), *appeal dismissed as frivolous*, No. 18-1319 (2d Cir. Nov. 14, 2018). Because Plaintiff has not sought from the court leave to file, the Court dismisses this action without prejudice for Plaintiff's failure to comply with the April 2, 2018 order in *Zepporah Reign*, ECF 1:17-CV-9985, 7. As Plaintiff is barred from proceeding with this action IFP, the Court vacates its July 2, 2024 order granting Plaintiff leave to proceed IFP (ECF 4).

## CONCLUSION

The Court dismisses this action without prejudice due to Plaintiff's failure to comply with the April 2, 2028 order in *Zepporah Reign v. The Crown Office*, ECF 1:17-CV-9985, 7 (S.D.N.Y.

Apr. 2, 2018). The Court also vacates its July 2, 2024 order granting Plaintiff's request to

proceed IFP (ECF 4). All other pending matters in this action are terminated.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated:    August 29, 2024
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge